[PHILADELPHIA, JANUARY 7th, 1837.]

## BROM *against* BROM.

APPEAL.

An appeal from the decree of a Court of Common Pleas, in a case of divorce, was dismissed, for want of the recognizance required by the 13th section of the act of 13th March, 1815.

THIS was an appeal from a decree of the Court of Common Pleas of Montgomery county on a libel for a divorce.

Mr. *Rawle* now moved to dismiss the appeal, on the ground that the appellant had failed to comply with the requisitions of the act of 13th March 1815, which provides, (§ xiii.) that the party appealing shall enter into a recognizance, with at least one good surety, conditioned to prosecute the appeal with effect. He cited *Brentlinger* v. *Brentlinger*, (4 *Rawle*, 241.)

Mr. *Kittera*, for the appellant, admitted that the recognizance seemed to be a pre-requisite to the removal of the cause; and

THE COURT, on this ground, dismissed the appeal.

Appeal dismissed.